GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: STEVEN J. KOCHEVAR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2715
Facsimile:  (212) 637-2717
E-mail: steven.kochevar@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE NATIONAL | : | M 93 |
| CIVIL COURT OF ORIGINAL | : | |
| JURISDICTION NO. 68, BUENOS AIRES, | : | |
| ARGENTINA IN THE MATTER OF | : | |
| PUGIBET FEVRIER JACQUELINE | : | |
| MARIE JEANNE S/S SUCESION | : | |
| TESTAMENTARIA | : | |

-------------------------------------------------------x

Upon the accompanying declaration of Steven J. Kochevar, executed on November 5, 2018, the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Steven J. Kochevar, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the National Civil Court of Original Jurisdiction No. 68, Buenos Aires, Argentina, seeking information from Brown Brothers Harriman & Co. Bank, in New York, New York, in connection with a proceeding pending in that court captioned "Matter of Pugibet Fevrier Jacqueline Marie Jeanne S/S Sucesion Testamentaria."

Dated: New York, New York
November 5, 2018

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                  United States Attorney for the
                                  Southern District of New York

By:    /s/ Steven J. Kochevar
           STEVEN J. KOCHEVAR
           Assistant United States Attorney
           86 Chambers Street, 3rd Floor
           New York, New York 10007
           Tel:  (212) 637-2715
           Fax:  (212) 637-2717
           Email: steven.kochevar @usdoj.gov